ment. September 15, 1914.) Proceeding by the People of the State of New York, on the relation of the Empire State Dairy Company, against William Sohmer, as Comptroller of the State of New York.

PER CURIAM. Determination of the comptroller confirmed, with $50 costs and disbursements.

SMITH, P. J., and HOWARD, J., vote for modification, by remitting the tax of three-fourths of a mill upon the new stock declared as dividend.

---

PEOPLE ex rel. GOLDSTEIN v. MURPHY. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Proceeding by the People of the State of New York, on the relation of Maurice Goldstein, against John J. Murphy. No opinion. Motion granted, with $10 costs. Order filed.

---

PEOPLE ex rel. GREENWALD, Appellant, v. PRENDERGAST, Comptroller, Respondent. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Proceeding by the People of the State of New York, on the relation of Daniel Greenwald, against William A. Prendergast, as Comptroller. M. Shlivek, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. HAWTHORNE v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Proceeding by the People of the State of New York, on the relation of George B. Hawthorne, against Rhinelander Waldo, as Police Commissioner of the City of New York.

PER CURIAM. The determination of the commissioner, removing the relator upon grounds stated in writing, and after an opportunity given him to make an explanation, was within the commissioner's powers, and in accordance with section 1543 of the City Charter (Laws 1901, c. 466). The reasons filed in the department, upon their face, are adequate to justify the relator's dismissal. Hence the relator's removal was not reviewable by certiorari. People ex rel. Kennedy v. Brady, 166 N. Y. 44, 59 N. E. 701. The determination of the commissioner is therefore confirmed, and the writ quashed, with $50 costs and disbursements.

---

PEOPLE ex rel. HOME BUREAU, Appellant, v. BELL, Respondent. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Proceeding by the People of the State of New York, on the relation of the Home Bureau, against George H. Bell, as Commissioner. L. W. Booth, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. HOWLEY, Appellant, v. HENDERSON, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Proceeding by the People of the State of New York, on the relation of John J. Howley, against James A. Henderson, as Superintendent. M. M. Goldsmith, of New York City, for appellant. W. E. C. Mayer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. JIMESON et al., Appellants, v. SHONGO et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Proceeding by the People of the State of New York, on the relation of Glennie M. Jimeson and others, against Moses Shongo and others. No opinion. Motion granted to amend, nunc pro tunc, the order of affirmance entered July 7, 1914 (148 N. Y. Supp. 1137), so as to state that the decision was made upon questions of law only, and not in the exercise of any discretion. Motion for leave to appeal to Court of Appeals denied, upon the ground that leave to appeal is not necessary.

---

PEOPLE ex rel. JEMISON et al., Appellants, v. SCOTT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Proceeding by the People of the State of New York, on the relation of George A. Jemison and others, against King Scott and others.

PER CURIAM. Motion granted to amend, nunc pro tunc, the order of affirmance entered July 7, 1914 (148 N. Y. Supp. 1137), so as to state that the decision was made upon questions of law only, and not in the exercise of any discretion. Motion for leave to appeal to Court of Appeals denied, upon the ground that leave to appeal is not necessary.

---

PEOPLE ex rel. JENNY, Respondent, v. ROME & O. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Proceeding by the People of the State of New York, on the relation of Rudolph Jenny, against the Rome & Osceola Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

PEOPLE ex rel. KENNEDY, Respondent, v. CALKINS. Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Proceeding by the People of the State of New York, upon the relation of T. Francis Kennedy, against James S. Calkins. No opinion. Order affirmed, with $10 costs and disbursements.

---

respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.